UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Wickner,   Civil No. 12-1452 (DWF/HB)

          Plaintiff,

v.   ORDER ADOPTING REPORT
AND RECOMMENDATION

Robert Bender, Thomas Cherro,
Jeff Laine, Kevin Dreher,
Jason Furey, and Tyler Rosen

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated December 5, 2019. (Doc. No. [84].) The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Viewing the facts in the light most favorable to Plaintiff, Magistrate Judge Bowbeer found that there are no genuine issues for trial, and that Defendants are entitled to judgment as a matter of law with respect to all of Plaintiff's claims. (*Id.*) No objections have been filed to Magistrate Judge Bowbeer's Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

# ORDER

1. Magistrate Judge Hildy Bowbeer's December 5, 2019 Report and Recommendation (Doc. No. [84]) is **ADOPTED**.

2. Defendants' Motion for Summary Judgment (Doc. No. [62]) is **GRANTED**.

3. Plaintiff's Complaint (Doc. No. [1]) and Amended Complaint (Doc. No. [39]) are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 10, 2020           s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge